■ JUNIUS JACKSON, Appellant, v. VIRGINIA SKEETE, Respondent.— Motion by plaintiff for leave to appeal to this court from order of the Appellate Term, denied. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Pette, J., not voting.

■ WILLIAM MARCO, as Administrator of the Estate of HARRY MARCO, Deceased, a Stockholder in the Blue Ridge Corporation, on Behalf of Himself and All Other Stockholders Similarly Situated, and on Behalf of Said BLUE RIDGE CORPORATION, et al., Appellants, v. WALTER E. SACHS et al., Respondents, and BLUE RIDGE CORPORATION et al., Appellants, et al., Defendants.— Motion by defendants-respondents Sachs, Weinberg and Catchings, to dismiss the appeal taken by appellants from the order of the Supreme Court, Kings County, dated April 21, 1960, on the ground that the appellants are not parties aggrieved by the said order. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY M. ASHLEY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Meyer F. Goodman, Esq., 136 South Main Street, Freeport, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CAMPBELL, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Thomas J. Higgins, Esq., 185 Hillside Avenue, Williston Park, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.